FORM 3

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| CHANGZHOU TRINA SOLAR ENERGY CO. LTD.; <br> TRINA SOLAR (CHANGZHOU) SCIENCE AND <br> TECHNOLOGY CO., LTD.; <br> AND TRINA SOLAR (U.S.), INC. <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) SUMMONS <br> ) Court No. 17-00199 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

TO: The Attorney General and the Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Tina Potuto Kimble
Clerk of the Court

---

1. (Name and standing of plaintiff): Plaintiffs, Changzhou Trina Solar Energy Co., Ltd. and Trina Solar (Changzhou) Science and Technology Co., Ltd. are foreign producers and exporters of crystalline silicon photovoltaic products that were subject to the administrative review that is contested here. Trina Solar (U.S.), Inc. is a U.S. importer of crystalline silicon photovoltaic products that were subject to the administrative review that is contested here. Plaintiffs therefore are interested parties within the meaning of 19 U.S.C. §1677(9)(A). Plaintiffs actively participated in the administrative review through submission of factual information and/or written argument and, thus, are parties to the proceeding as defined in 19 C.F.R. §351.102(b). Plaintiffs therefore have standing to bring this action pursuant to 19 U.S.C. §1516a(d) and 28 U.S.C. §2631(c) as interested parties who were parties to the proceeding identified below.

(Brief description of contested determination):  Plaintiffs contest the final results of the U.S. Department of Commerce's antidumping duty administrative review in Certain Crystalline Silicon Photovoltaic Products From the People's Republic of China for the period July 31, 2014, through January 31, 2016.  The contested determination was published as Certain Crystalline Silicon Photovoltaic Products From the People's Republic of China: Final Results of Antidumping Duty  Administrative Review and Final Determination of No Shipments; 2014-2016, 82 Fed. Reg. 32.170 (July 12, 2017).
2.

3.   (Date of determination):  The contested determination was dated July 5, 2017.

4.   (If applicable, date of publication in Federal Register of notice of contested determination):  The contested determination was published in the *Federal Register* on July 12, 2017.  See 82 Fed. Reg. 32.170.

                      Robert G. Gosselink
                      TRADE PACIFIC PLLC
                      660 Pennsylvania Avenue, SE, Suite 401
                      Washington, DC  20002
                      Tel:  (202) 223-3760
                      RGosselink@tradepacificlaw.com


/s/ Robert G. Gosselink
Robert G. Gosselink
July 27, 2017

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served:

Jeanne E. Davidson, Esq.
Civil Division, Director
Civil Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

John D. McInerney, Esq.
Chief Counsel
Import Administration
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
United States Department of Justice
26 Federal Plaza
New York, NY 10278

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011).