UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CHANGZHOU TRINA SOLAR ENERGY CO. LTD.; TRINA SOLAR (CHANGZHOU) SCIENCE AND TECHNOLOGY CO., LTD.; AND TRINA SOLAR (U.S.), INC., <br><br> Plaintiffs, <br> v. <br> UNITED STATES, <br><br> Defendant. | Court No. 17-00199 |
| SOLARWORLD AMERICAS, INC., <br><br> Plaintiff, <br> v. <br> UNITED STATES, <br><br> Defendant. | Court No. 17-00217 |

## **ORDER**

Upon consideration of defendant's consent motions for the consolidation of cases and to modify the deadline to file a proposed briefing schedule and joint status report in the consolidated action, it is hereby

ORDERED that defendant's consent motions are granted; and it is further

ORDERED that the following cases are consolidated under the lead case, *Changzhou Trina Solar Energy Co. Ltd., et al. v. United States*, Consol. Court No. 17-00199:

- *Changzhou Trina Solar Energy Co. Ltd., et al. v. United States*, Court No. 17-00199; and

- *SolarWorld Americas, Inc. v. United States*, Court No. 17-00217; and it is further

ORDERED that the parties shall file a proposed briefing schedule and joint status report in the consolidated action on or before Monday, November 13, 2017.

_____
JUDGE

Dated: _____, 2017

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CHANGZHOU TRINA SOLAR ENERGY CO. LTD.; <br> TRINA SOLAR (CHANGZHOU) SCIENCE AND <br> TECHNOLOGY CO., LTD.; AND <br> TRINA SOLAR (U.S.), INC., <br>                 Plaintiffs, <br> v. <br> UNITED STATES, <br>                 Defendant. | Court No. 17-00199 |
| SOLARWORLD AMERICAS, INC., <br>                 Plaintiff, <br> v. <br> UNITED STATES, <br>                 Defendant. | Court No. 17-00217 |

**DEFENDANT'S CONSENT MOTIONS FOR THE CONSOLIDATION OF CASES AND TO MODIFY THE DEADLINE TO FILE A PROPOSED BRIEFING SCHEDULE AND JOINT STATUS REPORT IN THE CONSOLIDATED ACTION**

Pursuant to USCIT Rule 42(a), the Government respectfully requests that the Court consolidate *Changzhou Trina Solar Energy Co. Ltd., et al. v. United States*, Court No. 17-00199, and *SolarWorld Americas, Inc. v. United States*, Court No. 17-00217, under the lead case, *Changzhou Trina Solar Energy Co. Ltd., et al. v. United States*, Consol. Court No. 17-00199. Additionally, the Government respectfully requests that the Court enter an order scheduling the deadline to file the proposed briefing schedule and joint status report in the consolidated action on November 13, 2017. Counsel for the Government has conferred with the counsel for the

parties, and the various counsel have indicated their consent to the relief requested by this motion.

- For Court No. 17-00199, Mr. Jon Freed of Trade Pacific, PLLC consented on behalf of plaintiffs, and Ms. Usha Neelakantan of Wiley Rein, LLP consented on behalf of defendant-intervenor;

- For Court No. 17-00217, Ms. Usha Neelakantan of Wiley Rein, LLP consented on behalf of plaintiff, and Mr. Jon Freed of Trade Pacific, PLLC consented on behalf of defendant-intervenor.

## BACKGROUND

Two civil actions have been commenced concerning the final determination by the United States Department of Commerce (Commerce) in *Certain Crystalline Silicon Photovoltaic Products from the People's Republic of China*, 82 Fed. Reg. 32,170 (Dep't Commerce July 12, 2017) (final results antidumping admin. review; 2014-16) (*Final Results*):

- *Changzhou Trina Solar Energy Co. Ltd., et al. v. United States*, Court No. 17-00199; and

- *SolarWorld Americas, Inc. v. United States*, Court No. 17-00217.

Commerce has filed the index for the administrative record in both civil actions. We previously requested an extension of time, up to and including November 13, 2017, to file the proposed briefing scheduling and the joint status report in Court No. 17-00199. The Court granted that request. For Court No. 17-00217, the proposed briefing schedule and the joint status report is presently due to be filed on November 22, 2017.

## ARGUMENT

We bring these requests to promote judicial efficiency and to conserve the resources of the parties and the Court. *See* USCIT Rule 1. Pursuant to USCIT Rule 42(a), "{i}f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or

trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay."

Court Nos. 17-00199 and 17-00217 each challenge the same administrative determination, the *Final Results*, and involve common questions of law and fact. Consolidating these cases will therefore promote judicial efficiency and conserve the resources of the parties and the Court because it will reduce the number of duplicative filings that would occur if the cases remained separate. Also, if the cases remained separate actions, and the Court decided to remand any particular determination of the *Final Results* to Commerce for further consideration, the subsequent remand redeterminations by the agency may reach the Court at differing times, thereby resulting in a disorderly progression of the cases through this Court, and if appealed, through the United States Court of Appeals for the Federal Circuit. Given these considerations, consolidation of the cases is appropriate.

Second, we respectfully request that the Court enter an order scheduling the deadline to file the proposed briefing schedule and joint status report in the consolidated action on November 13, 2017. Granting this request will bring the procedural posture of the consolidated action in alignment with Court No. 17-00199.

For these reasons, we respectfully request that the Court grant our consent requests for the consolidation of cases and to modify the deadline to file a proposed briefing schedule and joint status report in the consolidated action.

    Respectfully submitted,

    CHAD A. READLER
    Acting Assistant Attorney General

    JEANNE E. DAVIDSON
    Director

|                                    |     | /s/ Reginald T. Blades, Jr. |
|------------------------------------|-----|----------------------------|
|                                    | By: | REGINALD T. BLADES, JR.    |
|                                    |     | Assistant Director         |

|                                    |     | /s/ Justin R. Miller               |
|------------------------------------|-----|------------------------------------|
| Of Counsel:                        |     | JUSTIN R. MILLER                   |
| JAMES H. AHRENS II                 |     | Senior Trial Counsel               |
| Attorney                           |     | U.S. Dept. of Justice, Civil Division |
| Office of the Chief Counsel        |     | International Trade Field Office   |
|   For Trade Enforcement & Compliance |   | 26 Federal Plaza – Suite 346       |
| U.S. Department of Commerce,       |     | New York, NY 10278                 |
| Washington, D.C.,                  |     | Telephone: (212) 264-9241          |
|                                    |     | Fax: (212) 264-1916                |
| November 1, 2017                   |     | ATTORNEYS FOR DEFENDANT            |

**CERTIFICATE OF COMPLIANCE**

I, Justin Miller, an attorney in the Office of the Assistant Attorney General, Civil Division, Commercial Litigation Branch, International Trade Field Office, who is responsible for the Government's November 1, 2017 consent motions for the consolidation of cases and to modify the deadline to file a proposed briefing schedule and joint status report in the consolidated action, relying upon the word count feature of the word processing program used to prepare the memorandum, certify that this memorandum complies with the word count limitation under the Court's chambers procedures, and contains 1,088 words.

/s/ Justin R. Miller