**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **CHANGZHOU TRINA SOLAR ENERGY CO., LTD.**, *et. al.*,<br>　　　　　　**Plaintiff,**<br>　　and<br>**SOLARWORLD AMERICAS, INC.**,<br>　　　　　　**Consolidated Plaintiff,**<br>　　v.<br>**UNITED STATES,**<br>　　　　　　**Defendant,**<br>　　and<br>**SOLARWORLD AMERICAS, INC.**,<br>　　　　　　**Defendant-Intervenor.** | Consol. Court No. 17-00199<br><br>Before: Hon. Claire R. Kelly, Judge |

**ORDER**

Upon consideration of the motion of SolarWorld Americas, Inc. ("SolarWorld") for judgment on the agency record, and all other papers and proceedings herein, it is hereby

**ORDERED** that SolarWorld's motion for judgment on the agency record is granted; and it is further

**ORDERED** that the Department of Commerce's final results in the first administrative review of the antidumping duty order on *Crystalline Silicon Photovoltaic Products from the People's Republic of China* are unsupported by substantial record evidence and otherwise contrary to law; and it is further

14173801.2

Consol. Court No. 17-00199
Page 2

      **ORDERED** that this action is remanded to the Department of Commerce for proceedings consistent with this Court's opinion.

      **SO ORDERED.**

                                                                                                                         _____
                                                                                                              Hon. Claire R. Kelly, Judge

Dated: _____, 2018
       New York, New York

14173801.2

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **CHANGZHOU TRINA SOLAR ENERGY CO., LTD.**, *et. al.*,<br>                **Plaintiff,**<br>     and<br>**SOLARWORLD AMERICAS, INC.,**<br>                **Consolidated Plaintiff,**<br>     v.<br>**UNITED STATES,**<br>                **Defendant,**<br>     and<br>**SOLARWORLD AMERICAS, INC.,**<br>                **Defendant-Intervenor.** | Consol. Court No. 17-00199<br><br>Before: Hon. Claire R. Kelly, Judge |

**SOLARWORLD'S MOTION FOR JUDGMENT ON THE AGENCY RECORD**

Pursuant to U.S. Court of International Trade Rule 56.2, SolarWorld Americas, Inc. ("SolarWorld") hereby moves for judgment upon the agency record with respect to the final results of the U.S. Department of Commerce ("Commerce") in the first administrative review of the antidumping duty order on *Crystalline Silicon Photovoltaic Products from the People's Republic of China*. The final results were signed by Commerce on July 5, 2017 and published in the *Federal Register* on July 12, 2017. *Certain Crystalline Silicon Photovoltaic Products from the People's Republic of China*, 82 Fed. Reg. 32,170 (Dep't Commerce July 12, 2017) (final results of antidumping duty admin. rev. and deter. of no shipments; 2014-2016).

SolarWorld respectfully moves, for the reasons explained in the brief accompanying this motion, that this Court find that Commerce's final results in the above-referenced antidumping duty administrative review are unsupported by substantial record evidence and otherwise

14173801.2

Consol. Court No. 17-00199

contrary to law. SolarWorld further moves that the Court remand these results to Commerce for disposition consistent with the Court's final opinion.

                                                Respectfully submitted,

                                                /s/ Timothy C. Brightbill
                                                Timothy C. Brightbill, Esq.
                                                Laura El-Sabaawi, Esq.
                                                Usha Neelakantan, Esq.

                                                **WILEY REIN LLP**
                                                1776 K Street, NW
                                                Washington, DC 20006
                                                (202) 719-7000

                                                *Counsel to SolarWorld Americas, Inc.*

February 2, 2018