**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **CHANGZHOU TRINA SOLAR ENERGY CO., LTD. ET AL,** <br><br>     **Plaintiffs and Consolidated Plaintiff,** <br><br>     v. <br> **UNITED STATES,** <br><br>     **Defendant,** <br><br>     **and** <br><br> **SOLARWORLD AMERICAS, INC. and CHANGZHOU TRINA SOLAR ENERGY CO., LTD.,** <br><br>     **Defendant-Intervenors and Consolidated Defendant-Intervenor.** | **Consol. Ct. No. 17-00199** <br><br> Before: Hon. Claire R. Kelly, Judge <br><br> **NON-CONFIDENTIAL** |

**RESPONSE TO SEPTEMBER 12, 2018 LETTER FROM CHAMBERS**

    Plaintiffs, Changzhou Trina Solar Energy Co., Ltd.; Trina Solar (Changzhou) Science and Technology Co., Ltd., in consultation with counsel for the United States and counsel for Solarworld Americas Inc., respond to the September 12, 2018 letter from the Court requesting that parties file certain administrative record documents identified in Attachment I of the letter ensuring that each page contains the requisite ACCESS bar code stamp.

    Plaintiffs have enclosed with this letter the nine documents from the public record identified in Attachment I with the barcode stamp. The file name of each PDF file begins with the number that corresponds with the list provided in Attachment I. The last two digits of the PDF file names contains the suffix "PD" to identify the document as a public document.

Consol. Court No. 17-00199                                                                    PUBLIC DOCUMENT

     Please note that Documents 2 and 6 of Attachment I, included Excel files.  We have converted these files to a .pdf format for this filing.  Moreover, Excel files do not possess an ACCESS barcode stamp when downloaded directly from ACCESS, but we have included the barcode in the header or the footer of the spreadsheets in the .pdf format of these files. Finally, rather than combine the separate ACCESS barcode files into single pdf files, we have left the files as downloaded from ACCESS and identified in the table below the number of files per Attachment I document number.

                                  Respectfully submitted,

                                  /s/ Jonathan M. Freed

                                Robert G. Gosselink
                                Jonathan M. Freed

                                **TRADE PACIFIC PLLC**
                                660 Pennsylvania Avenue, SE, Suite 401
                                Washington, DC  20002
                                Tel:  (202) 223-3760
                                rgosselink@tradepacificlaw.com

                                *Counsel for Plaintiffs Changzhou Trina Solar Energy Co., Ltd.; Trina Solar (Changzhou) Science and Technology Co., Ltd*

September 19, 2018

Consol. Court No. 17-00199 　　　　　　　　　　　　　　　　　　　PUBLIC DOCUMENT

*Changzhou Trina Solar Energy Co., Ltd. et al. v. United States*
United States Court of International Trade
Consol. Ct. No. 17-00199

**Public Documents Resubmitted with Barcode Stamp**

| Attachment I Document Number | Description | Number of Files Per Attachment I Document Number |
|---|---|---|
| 1 | Changzhou Trina Solar Energy Co., Ltd. and Trina Solar (US), Inc.'s Section C and D Questionnaire Resp., PD 129–31, bar codes 3488970-01–03 (July 19, 2016) | 3 |
| 2 | SolarWorld Americas, Inc.'s Submission of Surrogate Values, PD 144–51, bar codes 3498792-01–08 (Aug. 17, 2016) | 8 |
| 3 | SolarWorld Americas, Inc.'s Submission of Info. to Rebut, Clarify or Correct Info. Pertaining to Surrogate Values, PD 157, bar code 3500966-01 (Aug. 23, 2016) | 1 |
| 4 | Changzhou Trina Solar Energy Co., Ltd. and Trina Solar (US), Inc.'s First Suppl. Questionnaire Resp., PD 159–61, bar codes 3502018-01–03 (Aug. 29, 2016) | 3 |
| 5 | Changzhou Trina Solar Energy Co., Ltd. and Trina Solar (US), Inc.'s Third Suppl. Questionnaire Resp., PD 176, bar code 3534067-01 (Jan. 4, 2017) | 1 |
| 6 | U.S. Department of Commerce's Factor Valuation Memo, PD 224–27, bar codes 3547680-01–04 (Feb. 28, 2017) | 4 |
| 7 | Changzhou Trina Solar Energy Co., Ltd., Trina Solar (Changzhou) Science & Technology Co., Ltd., and Trina Solar (US), Inc.'s Case Br., PD 244, bar code 3562234-01(Apr. 11, 2017) | 1 |
| 8 | Case Br. of SolarWorld Americas, Inc., PD 247, bar code 3562636-01 (Apr. 12, 2017) | 1 |
| 9 | Rebuttal Br. of SolarWorld Americas, Inc.'s, PD 251, bar code 3565232-01 (Apr. 21, 2017) | 1 |