IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **CHANGZHOU TRINA SOLAR ENERGY CO., LTD.,** *et. al.*,<br>    **Plaintiff,**<br>and<br>**SOLARWORLD AMERICAS, INC.,**<br>    **Consolidated Plaintiff,**<br>    v.<br>**UNITED STATES,**<br>    **Defendant,**<br>and<br>**SOLARWORLD AMERICAS, INC.,**<br>    **Defendant-Intervenor.** | Before: Hon. Claire R. Kelly, Judge<br><br>Consol. Court No. 17-00199 |

## SOLARWORLD'S SUPPLEMENTAL BRIEF

On behalf of SolarWorld Americas Inc. ("SolarWorld"), we respectfully submit this supplemental brief pursuant to the Court's order at oral argument held on October 16, 2018 in the above-captioned proceeding.

SolarWorld agrees with and incorporates by reference the arguments contained in the supplemental brief filed by Defendant, the United States, on October 30, 2018. *See* Def.'s Supplemental Brief (Oct. 30, 2018), ECF No. 58. For the reasons discussed in Defendant's brief, SolarWorld respectfully requests that the Court uphold the U.S. Department of Commerce's decision not to offset Trina's U.S. price to account for the countervailed Export Buyer's Credit Program.

Court No. 17-00199

Please do not hesitate to contact us if you have any questions regarding this matter.

                                                        Respectfully submitted,

                                                        */s/Timothy C. Brightbill*
                                                        Timothy C. Brightbill, Esq.
                                                        Laura El-Sabaawi, Esq.
                                                        Usha Neelakantan, Esq.

                                                        **WILEY REIN LLP**
                                                        1776 K Street NW
                                                        Washington, DC 20006
                                                        (202) 719-7000

Dated: November 2, 2018                           *Counsel to SolarWorld Americas Inc.*