IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CHANGZHOU TRINA SOLAR ENERGY CO., LTD., *et. al.*,<br>        Plaintiff,<br>and<br>SOLARWORLD AMERICAS, INC.,<br>        Consolidated Plaintiff,<br>v.<br>UNITED STATES,<br>        Defendant,<br>and<br>SOLARWORLD AMERICAS, INC.,<br>        Defendant-Intervenor. | Before: Hon. Claire R. Kelly, Judge<br><br>Consol. Court No. 17-00199 |

## SOLARWORLD'S SUPPLEMENTAL BRIEF

On behalf of Defendant-Intervenor SolarWorld Americas Inc. ("SolarWorld"), we respectfully submit this response to Plaintiff Changzhou Trina Solar Energy Co., Ltd.'s ("Trina") October 30, 2018 supplemental submission in support of its motion for judgment on the agency record, pursuant to the Court's request at oral argument held on October 16, 2018 in the above-captioned proceeding as well as email correspondence between the case manager and counsel for Trina.

SolarWorld agrees with and incorporates by reference the arguments contained in the supplemental brief filed by Defendant, the United States, on November 30, 2018. *See* Def.'s Suppl. Br. (Nov. 30, 2018), ECF No. 66. For the reasons discussed in Defendant's brief, SolarWorld respectfully requests that the Court uphold the U.S. Department of Commerce's decision not to offset Trina's net U.S. selling expenses by certain debt restructuring income.

Court No. 17-00199

    Please do not hesitate to contact us if you have any questions regarding this matter.

    Respectfully submitted,

    */s/ Timothy C. Brightbill*
    Timothy C. Brightbill, Esq.
    Laura El-Sabaawi, Esq.
    Usha Neelakantan, Esq.

    **WILEY REIN LLP**
    1776 K Street NW
    Washington, DC 20006
    (202) 719-7000

November 30, 2018    *Counsel to SolarWorld Americas Inc.*