ERRATA

Please make the following changes to Opinion and Order (Slip Op. 19-12), Jan. 25, 2019, ECF No. 70, Changzhou Trina Solar Energy Co., Ltd. v. United States, Consol. Court No. 17-00199:

Page 9, line 9: Replace "[[so further processed and manufactured]]" with "so further processed and manufactured"

February 1, 2019