UNITED STATES DEPARTMENT OF COMMERCE
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

April 25, 2019

**FILED ELECTRONICALLY VIA CM/ECF**

Mr. Mario Toscano
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re:   Redetermination Pursuant to Court Remand Order in
      *Changzhou Trina Solar Energy Co., Ltd. v. United States,* Court No. 17-00199

Dear Mr. Toscano:

    Pursuant to the Court's order of January 25, 2019, please find attached the U.S. Department of Commerce's Redetermination Pursuant to Court Remand in the above-captioned action. The Department's remand redetermination is a public document.

    Filing of the administrative record for the remand proceeding will follow under separate cover. Should you have any questions concerning the matter, please contact me at (202) 482-4378.

                                        Respectfully submitted,

                                        /s Kristen E. McCannon
                                        Kristen E. McCannon
                                        Attorney
                                        Office of the Chief Counsel
                                            for Trade Enforcement & Compliance

Attachment

Mr. Mario Toscano
April 25, 2019
Page 2

cc:

Robert George Gosselink
Trade Pacific, PLLC
660 Pennsylvania Avenue, SE
Suite 401
Washington, DC 20003
Email: rgosselink@tradepacificlaw.com

Timothy C. Brightbill
Wiley Rein, LLP
1776 K Street, NW.
Suite 9 East
Washington, DC 20006
Email: tbrightbill@wileyrein.com

Justin Reinhart Miller
U.S. Department of Justice
International Trade Field Office
26 Federal Plaza
New York, NY 10278
Email: justin.r.miller@usdoj.gov