**Court Request for Documents from the Administrative Record**

**<u>Changzhou Trina Solar Energy Co., Ltd. et al v. United States</u>**,
Consol. Court No. 17-00199

*U.S. Department of Commerce, A-570-010, Certain Crystalline Silicon Photovoltaic Products from the People's Republic of China*

Kindly file on the docket the following complete memorandum from the supplemental administrative record, including all attachments/exhibits:

<u>Documents from the Public Record</u>:

1. Draft Remand Analysis Memorandum, PD 1, bar code 3799746-01 (Mar. 4, 2019).

1. Draft Remand Redetermination, PD 2, bar code 3799795-01 (Mar. 4, 2019).

2. Solarworld's Comments on Draft Remand Redetermination, PD 3, bar code 3804067-01 (Mar. 13, 2019).

3. Trina's Comments on Draft Remand Redetermination, PD 4, bar code 3804562-01 (Mar. 14, 2019).

<u>Documents from the Confidential Record</u>:

2. Draft Remand Analysis Memorandum, CD 1, bar code 3799728-01 (Mar. 4, 2019).