## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CHANGZHOU TRINA SOLAR ENERGY CO. LTD., ET AL., <br><br>     Plaintiffs and Consolidated <br>     Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br>     Defendant, <br><br> and <br><br> SOLARWORLD AMERICAS, INC. and CHANGZHOU TRINA SOLAR ENERGY CO., LTD., <br><br>     Defendant-Intervenor and <br>     Consolidated Defendant-Intervenor. | Before: Claire R. Kelly, Judge <br> Consol. Court No. 17-00199 |

### COMMENTS OF PLAINTIFFS ON COMMERCE'S REMAND REDETERMINATION

Plaintiffs, Changzhou Trina Solar Energy Co., Ltd.; Trina Solar (Changzhou) Science and Technology Co., Ltd.; and Trina Solar (U.S.) Inc., ("Trina") hereby comment on the April 25, 2019 remand redetermination submitted by Defendant, the United States, in the above-captioned action.  See Final Results of Redetermination Pursuant to Court Order (Apr. 25, 2019), ECF No. 78 ("Final Remand Results").

Trina agrees that the Final Remand Results—including the recalculation of Trina's weighted-average dumping margin to 3.42 percent after increasing Trina's U.S. selling prices by the amount countervailed to offset the export subsidy—fully comply with the Court's remand order in Changzhou Trina Solar Energy Co., Ltd, et al., v. United States, Slip Op. 19-12, Consol. Court No. 17-00199 (Ct. Int'l Trade Jan. 25, 2019).

**Consol. Court No. 17-00199**
**Plaintiffs' Comments on Remand Results**

Accordingly, Plaintiffs respectfully request that the Court sustain Commerce's <u>Final Remand Results</u> and enter a final judgment in this action.

Respectfully submitted,

<u>/s/ Jonathan M. Freed</u>

Robert G. Gosselink
Jonathan M. Freed
Jarrod M. Goldfeder
TRADE PACIFIC PLLC
660 Pennsylvania Avenue, SE
Suite 401
Washington, DC  20003
(202) 223-3760

*Counsel to Plaintiffs Changzhou Trina Solar Energy Co., Ltd.; Trina Solar (Changzhou) Science and Technology Co., Ltd.; and Trina Solar (U.S.) Inc.*

Date:  May 28, 2019