# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **CHANGZHOU TRINA SOLAR ENERGY CO., LTD. ET AL.,**<br><br>      **Plaintiffs and Consolidated Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br><br>      **Defendant,**<br>and<br><br>**SOLARWORLD AMERICAS, INC. and CHANGZHOU TRINA SOLAR ENERGY CO., LTD.,**<br><br>      **Defendant-Intervenors and Consolidated Defendant-Intervenor.** | **Before: Claire R. Kelly, Judge**<br>**Consol. Court No. 17-00199** |

## JUDGMENT

This case having been duly submitted for decision, and the court, after due deliberation, having rendered its opinion, and now in conformity with that opinion, it is

**ORDERED** that the final results of the first administrative review of the antidumping duty ("ADD") order covering certain crystalline silicon photovoltaic products from the People's Republic of China ("PRC"), see <u>Certain Crystalline Silicon Photovoltaic Prods. from the [PRC]</u>, 82 Fed. Reg. 32,170 (Dep't Commerce July 12, 2017) (final results of ADD admin. review and final determination of no shipments; 2014–2016) and accompanying Issues & Decision Mem. for the Final Results of [ADD] Admin. [Review]: Certain Crystalline Silicon Photovoltaic Prods. from the [PRC]; 2014–2016, A-570-010, (July 5, 2017), ECF No. 19-3, are sustained, except for the matters remanded by

<u>Changzhou Trina Solar Energy Co. v. United States</u>, 43 CIT __, __, 359 F. Supp. 3d 1329, 1344 (2019); and it is further

**ORDERED** that the first remand redetermination, <u>see</u> Final Results of Remand Redetermination, Apr. 25, 2019, ECF No. 78-1, is sustained and judgment is accordingly entered for Defendant United States; and it is further

**ORDERED** that the subject entries shall be liquidated in accordance with the final court decision, including all appeals, as provided for in section 516A(e) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2012).

    /s/ Claire R. Kelly
    Claire R. Kelly, Judge

Dated: July 25, 2019
      New York, New York