# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CHANGZHOU TRINA SOLAR ENERGY CO., LTD. *et al.*, | |
|     Plaintiffs and Consolidated Plaintiff, | Before: Hon. Claire R. Kelly, Judge |
| v. | |
| UNITED STATES, | Consol. Court. No. 17-00199 |
|     Defendant, | |
| and | |
| SOLARWORLD AMERICAS, INC. and CHANGZHOU TRINA SOLAR ENERGY CO., LTD., | |
|     Defendant-Intervenors and Consolidated Defendant-Intervenor. | |

## NOTICE OF APPEAL

Notice is hereby given that SolarWorld Americas, Inc., Consolidated Plaintiff and Defendant-Intervenor in the above-captioned case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the decision, order, and judgment of the U.S. Court of International Trade entered in this action, *Changzhou Trina Solar Energy Co., Ltd. et al. v. United States*, Consol. No. 17-00199, slip op. 19-92 (Ct. Int'l Trade July 25, 2019), ECF No. 89.

Respectfully submitted,

*/s/ Timothy C. Brightbill*
Timothy C. Brightbill, Esq.
Laura El-Sabaawi, Esq.
Usha Neelakantan, Esq.

**WILEY REIN LLP**
1776 K Street, NW
Washington, DC 20006
(202) 719-7000

*Counsel to SolarWorld Americas, Inc.*